**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNICE FRIMPONG,<br><br>Plaintiff,<br><br>-against-<br><br>**RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP.**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | **AFFIDAVIT OF SERVICE OF COURT ORDER ISSUED ON 8/23/22 AND COURT'S INDIVIDUAL RULES**<br><br><br>**CASE NO.: 22-cv-6704-LGS** |

      I certify that on September 20, 2022, I served the Court's Order issued on August 23, 2022, [ECF Doc. No. 11] and Judge Lorna G. Schofield's Court's Individual Rules on Defendants RITE AID OF NEW YORK, INC. and AFP SIXTEEN CORP. via United Parcel Service, postage prepaid, with tracking, at the below addresses.

Rite Aid of New York, Inc.
C/O Susan Lowell, CEO
30 Hunter Lane
Camp Hill, PA 17011

(The above is the address of Defendant RITE AID OF NEW YORK, INC.'s chief executive

officer, as listed in the Corporation & Business Database maintained by the New York Department

of State for that Defendant.)

AFP Sixteen Corp.
C/O United Capital Corp.
9 Park Place, 4th Floor
Great Neck, NY 11021

(The above address is used for service of process on Defendant AFP SIXTEEN CORP. by the New

York Department of State. That address is also listed in the deed record, maintained by the New

York City's Department of Taxation and Finance. Other than that address, no other address for

that Defendant is known to Plaintiff.)

September 21, 2022

Respectfully submitted,

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com