UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BERNICE FRIMPONG,
                               Plaintiff,

                  -against-

RITE-AID OF NEW YORK, INC., et al.,
                             Defendants.
-------------------------------------------------------------X

22 Civ. 6704 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued August 23, 2022, scheduled the initial pretrial conference in this matter for October 5, 2022, at 4:10 p.m. The Order directed the parties to submit a joint letter and proposed case management plan no later than September 28, 2022. The parties have not done so.

    WHEREAS, on August 25, 2022, Plaintiff served Defendants through the New York Secretary of State as their agent. Defendants have not appeared or filed a response to the Complaint. On September 21, 2022, Plaintiff attempted to file a motion for entry of default as to Defendants, which was rejected by the Clerk of Court for administrative reasons. Plaintiff has not re-filed this motion. It is hereby

    **ORDERED** that the October 5, 2022, initial pretrial conference is **adjourned** to **November 2, 2022**, at **4:10 p.m.** The parties shall file the required joint letter and proposed case management plan no later than **October 26, 2022**. It is further

    **ORDERED** that if Plaintiff wishes to move for an entry of default, she shall file a letter apprising the Court of her efforts to contact Defendants and provide them actual notice of this lawsuit.

Dated: September 29, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE