# **EXHIBIT 1**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 20, 2022

Susan Lowell
30 Hunter Lane
Camp Hill, PA 17011

Re:  BERNICE FRIMPONG v. RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.:   22-cv-6704-LGS

Attention: Chief Executive Officer of Rite Aid of New York, Inc.

Dear Ms. Lowell:

Please be advised that my law firm filed the above-referenced legal action on behalf of my client, Bernice Frimpong, in the federal court for the Southern District of New York on August 6, 2022. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

On August 23, 2022, the Court issued an Order, according to which I am required to send you a copy of that Order and Individual Rules. Enclosed please find copies of these documents.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses, and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

<u>BERNICE FRIMPONG v. RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Attn.: Susan Lowell,   Chief Executive Officer of Rite Aid of New York, Inc.
Case No.:       22-cv-6704-LGS
September 20, 2022
Page 2

  Please contact me should you have any questions, concerns, or to discuss settlement of this matter.


                Very truly yours,


                *Michael Grinblat*

                Michael Grinblat, Esq.
                Enclosures

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 20, 2022

C/O United Capital Corp.
9 Park Place, 4th Floor
Great Neck, NY 11021

Re: BERNICE FRIMPONG v. RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.:    22-cv-6704-LGS

Attention: Chief Executive Officer of AFP Sixteen Corp.

Dear Sir or Madam:

Please be advised that my law firm filed the above-referenced legal action on behalf of my client, Bernice Frimpong, in the federal court for the Southern District of New York on August 6, 2022. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

On August 23, 2022, the Court issued an Order, according to which I am required to send you a copy of that Order and Individual Rules. Enclosed please find copies of these documents.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses, and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

<u>BERNICE FRIMPONG v. RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Attn.: Chief Executive Officer of AFP Sixteen Corp.
Case No.:       22-cv-6704-LGS
September 20, 2022
Page 2

  Please contact me should you have any questions, concerns, or to discuss settlement of this matter.


Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures