UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BERNICE FRIMPONG,
                              Plaintiff,

              -against-

RITE-AID OF NEW YORK, INC., et al.,
                            Defendants.
-------------------------------------------------------------X

22 Civ. 6704 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued November 1, 2022, scheduled the initial pretrial conference for this matter for December 7, 2022, at 4:10 p.m. The parties submitted a joint letter and proposed case management plan on November 30, 2022.

    WHEREAS, no significant issues were raised in the materials. It is hereby

    **ORDERED** that the December 7, 2022, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. It is further

    **ORDERED** that the parties' request for a referral to the SDNY Mediation Program is **GRANTED**. An order referring the parties to mediation will issue separately.

Dated: December 1, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE