UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNICE FRIMPONG,
                                 Plaintiff,

                -against-

RITE-AID OF NEW YORK, INC., et al.,
                                Defendants.
------------------------------------------------------------X

22 Civ. 6704 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that this case is referred for mediation to the Court-annexed Mediation Program. The first session of mediation shall take place no later than **January 16, 2023**. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in good faith. The mediation will have no effect upon any Scheduling Order issued by this Court without leave of this Court. To the extent possible, the Mediation Program is directed to appoint a mediator with expertise in the Americans with Disabilities Act.

Dated: December 1, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE