# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 23, 2023

Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Application GRANTED.** Any application to restore the action shall be made by **February 27, 2023.** So Ordered.

Dated: January 24, 2023
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   BERNICE FRIMPONG v. RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.:   22-cv-6704-LGS

By ECF

Dear Judge Schofield:

I represent Bernice Frimpong, the Plaintiff in the above-referenced action. I make this motion with the consent of counsel for the defendants. This is a motion to extend the time by which an application may be made to restore the action to the Court's calendar.

On December 27, 2022, the Court has issued an Order, in accordance with which this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided that the application to restore the action is made within 30 days of the Order [ECF Doc. No. 38]. The Order was issued, because the Court has been informed by the mediator that the parties had reached a settlement in principle in this case. While the settlement in principle has been reached, and the parties have been actively engaged in finalizing the settlement, they did not yet finalize it and need additional time. With the consent of Defendant's counsel, I respectfully request the Court to extend the date by which an application may be made to restore the action to the Court's calendar by additional 30 days, until February 27, 2023. The parties expect to finalize settlement by that date and to file a stipulation of dismissal with prejudice with the Court.

<u>BERNICE FRIMPONG v. RITE AID OF NEW YORK, INC., AFP SIXTEEN CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.:	22-cv-6704-LGS
January 23, 2023
Page 2

      This is the first time that Plaintiff requests the Court to extend the time by which an application to restore the case to the Court's calendar may be made. That extension of time will not interfere with any future Court dates. I am grateful to Your Honor for taking your time to attend to this matter.

      Very truly yours,

      *Michael Grinblat*
      Michael Grinblat, Esq.


CC: All counsel of record via ECF